# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:93CR00010 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By: James P. Jones |
| **ANIF CHRISTOPHER** ) | United States District Judge |
| **WILLIAMS**, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion for an Evidentiary Hearing and Appointment of Counsel (ECF No. 378) is construed as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, and is DENIED without prejudice as successive, and the defendant's Motion for Appointment of Counsel is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: February 11, 2011

/s/ JAMES P. JONES
United States District Judge