# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:93CR00010 |
| v. | ) | **OPINION** |
| | ) | |
| ANIF CHRISTOPHER WILLIAMS, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Anif Chrisopher Williams, Pro Se Defendant.*

The defendant, a federal inmate proceeding pro se, has filed a Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, asserting that under *Alleyne v. United States*, 133 S. Ct. 2151 (2013, he is entitled to a reduction of his criminal sentence of imprisonment. Upon review of the motion and court records, I find that the § 2255 motion must be dismissed as successive.

This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). Court records indicate that Williams previously filed a § 2255 motion concerning this same conviction and sentence, which the court denied. *See Williams v. United States*, No. 7:96CV00916 (W.D. Va. June 1, 1998), *appeal dismissed*, No. 98-7054, 1998 WL 738362 (4th Cir. Oct. 21, 1998). As Williams offers no indication

that he has obtained certification from the court of appeals to file a second or successive § 2255 motion, I must dismiss his current action without prejudice.

DATED: June 24, 2014

/s/  James P. Jones
United States District Judge